

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| NOE G. SALAZAR, INDIVIDUALLY and AS OWNER OF EL RANCHITO GC, LLC, | § | No. 08-24-00408-CV |
| | | Appeal from the |
| Appellant, | § | |
| | | 143rd Judicial District Court |
| v. | § | |
| | | of Reeves County, Texas |
| REEVES COUNTY, REEVES COUNTY | § | |
| COMMISSIONER'S COURT, LEO HUNG, | | (TC#24-05-25216-CVR) |
| COUNTY JUDGE, ROJELIO ALVARADO, | § | |
| COMMISSIONER OF PRECINCT #1, | | |
| ISRAEL CAMPOS, COMISSIONER OF | § | |
| PRECINCT #2, PAUL HINOJOS, | | |
| COMMISSIONER OF PRECINCT #3, and | § | |
| TONY TRUJILLO, COMMISSIONER OF | | |
| PRECINCT #4, | § | |
| | | |
| Appellees. | § | |

**<u>MEMORANDUM OPINION</u>**

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3.

On December 5, 2024, the Clerk of this Court sent Appellant a letter requesting payment of the required filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rule from paying costs). The letter notified Appellant

that the appeal would be subject to dismissal on or after December 25, 2024, if Appellant failed to pay the filing fee or failed to show an excuse from payment. *See* Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, Appellant has not paid the filing fee or otherwise shown an excuse from payment. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 43.3(c).


MARIA SALAS MENDOZA, Chief Justice

January 15, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.